```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    WESLEY L. HSU (No. 188015)
 4  Assistant United States Attorney
    Deputy Chief, Cyber and
 5  Intellectual Property Crimes Section
         1200 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone:  (213) 894-3045
         Facsimile:  (213) 894-8601
 8       E-mail: Wesley.Hsu@usdoj.gov

 9  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 07-1819M |
|---|---|
| Plaintiff, | ) <u>FINDINGS AND ORDER RE: CONTINUANCE</u> |
| | ) <u>OF POST-INDICTMENT ARRAIGNMENT AND</u> |
| v. | ) <u>SPEEDY TRIAL ACT</u> |
| MIGUEL CORTEZ, | ) **Current Post-Indictment** |
| aka "Miguel Cortes," | ) **Arraignment:** |
| Defendant. | ) **April 7, 2008** |

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby adopts the findings of fact stipulated to by the parties in the April 1, 2008 stipulation regarding continuance of post-indictment arraignment and Speedy Trial Act findings and finds that the interests of justice outweigh the defendant's and the public's right to the filing of charges and commencement of trial in accordance with the Speedy Trail Act, 18 U.S.C. § 3161.

The Court further finds that the time between April 7, 2008, and May 19, 2008, inclusive, is excludable pursuant to 18

U.S.C. § 3161(h)(8)(A) & (B).  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which charges must be filed and trial must commence.

IT IS THEREFORE ORDERED that the post-indictment arraignment scheduled for April 7, 2008, shall be continued to May 19, 2008 at 8:30 a.m.

DATED: March 27, 2008

*Alicia G. Rosenberg*
_____
UNITED STATES MAGISTRATE JUDGE


Respectfully Submitted,

THOMAS P. O'BRIEN
United States Attorney


          /s/
_____
WESLEY L. HSU
Assistant United States Attorney